**FINSTERWALD FURNITURE COMPANY, Appellant, v. FINSTERWALD CLOTH-ING COMPANY, Appellee.**

No. 8487.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1941.

Levin, Levin & Dill, of Detroit, Mich., for appellant.

Sempliner, Dewey, Stanton & Honigman, of Detroit, Mich., for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is ordered, adjudged and decreed that the decree appealed from be and the same is in all things affirmed upon the grounds and for

the reasons set forth in the opinion of the District Court found at page 394 et seq. of the transcript of record.